UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                        Case No.  09-cr-25-01-SM

<u>Mack L. Ford</u>

O R D E R

Defendant Ford's motion to continue the final pretrial conference and trial is granted  (document 10).   Trial has been rescheduled for the June 2009 trial period.   Defendant Ford shall file a waiver of speedy trial rights not later than April 10, 2009.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   June 5, 2009  at 4:00 p.m.

**Jury Selection**: June 16, 2009  at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

March   27, 2009

cc:   David Bownes, Esq.
      Deborah Walsh, AUSA
      US Probation
      US Marshal